■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK LAW, Appellant. [736 NYS2d 234] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 28, 1991 (*People v Law,* 173 AD2d 737), affirming a judgment of the County Court, Nassau County, rendered September 19, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., Ritter, Goldstein and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER J. MASELLI, Appellant. [735 NYS2d 809] —Appeal by the defendant from a judgment of the County Court, Nassau County (Kowtna, J.), rendered November 22, 1999, convicting him of robbery in the second degree (two counts), unauthorized use of a vehicle in the third degree, and grand larceny in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Goldstein, Friedmann, Feuerstein and Crane, JJ., concur.